MONTANA ELEVENTH JUDICIAL DISTRICT COURT, FLATHEAD COUNTY

| WHITEFISH ENERGY HOLDINGS LLC, | Cause No. DV-17- 1189 D |
|---|---|
| Plaintiff, | SUMMONS |
| vs. | |
| ARC AMERICAN, INC., | |
| Defendant | |

THE STATE OF MONTANA SENDS GREETINGS TO:

Arc American, Inc.
c/o Registered Agents Inc.
3030 N. Rocky Point Dr., Ste 150A
Tampa, FL 33607

YOU ARE HEREBY SUMMONED to answer the Complaint in this action, which is filed in the office of the Clerk of this Court, a copy of which is herewith served upon you in the County wherein you reside, and to file your answer and serve a copy thereof upon the Plaintiffs' Attorney within 21 days after the service of this Summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you, by default, for the relief demanded in the Complaint.

Witness my hand and seal of said Court this 22nd day of November, 2017.

HAMMER, QUINN & SHAW PLLC

*[signature]*

Todd A. Hammer
Marcel A. Quinn
P.O. Box 7310
Kalispell, MT 59904-0310
(406) 755-2225

Peg Allison,
Clerk of the District Court

**RACHAEL R WOODS**
Deputy Clerk

EXHIBIT B