Scott D. Hagel
CROWLEY FLECK PLLP
1667 Whitefish Stage Road
P. O. Box 759
Kalispell, Montana  59903-0759
Telephone:  (406) 752-6644
Facsimile:  (406) 752-5108
shagel@crowleyfleck.com

*Attorneys for Defendant*
*Arc American, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WHITEFISH ENERGY HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>ARC AMERICAN, INC.,<br><br>        Defendant. | Cause No.:  9:17-cv-00164-DLC<br><br>**NOTICE OF INTENT TO SUBMIT SUBSTANTIVE RESPONSE** |

Defendant **ARC AMERICAN INC.**, ("Arc"), by its undersigned attorneys, respectfully provides the Court with notice of its intent to submit a substantive opposition/response to the pending Request [Motion] for Hearing within 14 days, in accordance with Local Rule 7.1(d)(B)(ii).  (ECF Doc. No. 2).

Arc also states that its objection to the instant Motion for Hearing went undocumented by Plaintiff, who has not complied with Local Rule 7.1(c)(1) ("The

text of the motion must state that other parties have been contacted and state whether any party objects to the motion.").

Finally, pursuant to Local Rule 3.3(a), "[m]otions and other requests directed to the state court are automatically terminated upon removal but may be refiled in this Court." Thus, because Plaintiff has not filed an application for preliminary injunction in this Court, its request for a hearing on any state court application for same is moot.

DATED November 29, 2017.

                                            CROWLEY FLECK PLLP

                                            By: /s/ Scott D. Hagel
                                                Scott D. Hagel
                                                P.O. Box 759
                                                Kalispell, MT  59903-0759
                                                *Attorneys for Defendant Arc American, Inc.*

## **CERTIFICATE OF SERVICE**

      I, SCOTT D. HAGEL, one of the attorneys for the law firm of Crowley Fleck PLLP, hereby certify that on November 29, 2017, I served a true and correct copy of the foregoing document, postage prepaid, to the following by the following means:

| | |
|---|---|
| [ ] U.S. Mail | Todd A. Hammer |
| [ ] FedEx | Marcel A. Quinn |
| [ ] Hand-Delivery | 100 Financial Drive, Suite 100 |
| [ ] Facsimile | P.O. Box 7310 |
| [ ] Certified Mail, Return Receipt Requested | Kalispell, MT  59904-0310 |
| [ ] Email | |
| [X] ECF Electronic filing | |

                                                  By: /s/ Scott D. Hagel
                                                        Scott D. Hagel