IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

DEC 0 5 2017

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| WHITEFISH ENERGY HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ARC AMERICAN, INC.,<br><br>Defendant. | CV 17–164–M–DLC<br><br>ORDER |

Pursuant to the Stipulation for Dismissal Without Prejudice (Doc. 6) filed by Plaintiff and Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 5th day of December, 2017.

Dana L. Christensen, Chief Judge
United States District Court